**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-60794

Summary Calendar

JAY ALLEN APEDAILE,

Petitioner,

VERSUS

U.S. PAROLE COMMISSION,

Respondent.

Appeal from the United States District Court
for the Nothern District of Texas
(86641-080)

July 13, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

Per Curiam:*

The Federal Public Defender, court-appointed counsel on appeal for Jay A. Apedaile, has filed a motion to withdraw form representation of Apedaile and a brief as required by Anders v. California, 386 U.S. 738 (1967). Our independent review of the briefs and the record discloses no nonfrivolous issue. Accordingly, Apedaile's attorney's motion to withdraw is GRANTED; the attorney is excused for further responsibilities in this case and the APPEAL IS DISMISSED.

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

-1-